M. P. No. 79-55. EDWARD A. CASWELL *et al. v.* GEORGE SHERMAN SAND & GRAVEL CO., INC. *et al.* The petition for writ of certiorari is granted. *Hinckley, Allen, Salisbury &*

▬▬▬▬▬▬▬▬

*Parsons, Howard E. Walker,* for petitioners. *Adamo &
Newman, Edward H. Newman,* for respondents.

